IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BATH & BODY WORKS, LLC, § | | |
| Plaintiff § | | |
| § | | |
| V. § | | CIVIL ACTION NO. 4:25-cv-06261 |
| § | | |
| YM, INC., d/b/a CHARLOTTE RUSSE, § | | |
| Defendant § | | JURY TRIAL DEMANDED |

### DEFENDANT YM, INC., d/b/a CHARLOTTE RUSSE'S ORIGINAL ANSWER

Defendant YM, INC. d/b/a CHARLOTTE RUSSE ("YM"), files its Original Answer to Plaintiff Bath & Body Works, LLC's ("Bath & Body Works") Original Petition and will show as follows:

**I.   SPECIFIC RESPONSES TO PLAINTIFF'S ALLEGATIONS**

YM makes the following specific responses to the allegations made by Plaintiff's in its Original Petition:

1. Defendant lacks knowledge sufficient to form a belief about the truth of the allegations set forth in Paragraph 1 of Plaintiffs' Original Complaint.

2. Defendant YM admits that it is a Canadian corporation, and admits that one of its related entities does business as Charlotte Russe at the named address.

3. Defendant admits that jurisdiction is proper, but denies that it has caused tortious injury.

4. Paragraph 4 of Plaintiffs' Original Complaint does not contain any factual allegations that require a response.

5. To the extent necessary to respond to Plaintiff incorporating prior paragraphs in Paragraph 5 of Plaintiff's Original Complaint, Defendant incorporates its responses set forth above.

6. Defendant lacks sufficient information to admit or deny the allegations of Paragraph 6 of the Plaintiff's Original Complaint.

7. Defendant admits that one of its related entities leased a store at the stated location in Paragraph 10 of Plaintiff's Original Complaint.

8. Defendant denies the allegation in Paragraph 8 of Plaintiff's Original Complaint.

9. Defendant denies the allegations in Paragraph 9 of Plaintiff's Original Complaint.

10. Defendant denies the allegations in Paragraph 10 of Plaintiff's Original Complaint.

11. Defendant denies the allegations in Paragraph 11 of Plaintiff's Original Complaint.

12. Defendant denies the allegations in Paragraph 12 of Plaintiff's Original Complaint.

13. Defendant denies the allegations in Paragraph 13 of Plaintiff's Original Complaint.

14. Defendant denies the allegations in Paragraph 14 of Plaintiff's Original Complaint.

15.	Defendant denies the allegations in Paragraph 15 of Plaintiff's Original Complaint.

16.	Defendant denies the allegations in Paragraph 16 of Plaintiff's Original Complaint.

17.	Defendant denies the allegations in Paragraph 17 of Plaintiff's Original Complaint.

18.	To the extent necessary to respond to Plaintiff incorporating prior paragraphs in Paragraph 18 of Plaintiff's Original Complaint, Defendant incorporates its responses set forth above.

19.	Defendant denies the allegations in Paragraph 19 of Plaintiff's Original Complaint.

20.	Defendant denies the allegations in Paragraph 20 of Plaintiff's Original Complaint.

21.	Defendant denies the allegations in Paragraph 21 of Plaintiff's Original Complaint.

22.	Defendant denies the allegations in Paragraph 22 of Plaintiff's Original Complaint.

23.	Defendant denies the allegations in Paragraph 23 of Plaintiff's Original Complaint.

24.	Defendant denies the allegations in Paragraph 24 of Plaintiff's Original Complaint.

25. Defendant denies the allegations in Paragraph 25 of Plaintiff's Original Complaint.

26. Defendant denies the allegations in Paragraph 26 of Plaintiff's Original Complaint.

27. Defendant denies the allegations in Paragraph 27 of Plaintiff's Original Complaint including subparts a-o.

28. Defendant denies the allegations in Paragraph 28 of Plaintiff's Original Complaint.

29. Defendant denies the allegations in Paragraph 29 of Plaintiff's Original Complaint.

30. Defendant denies the allegations in Paragraph 30 of Plaintiff's Original Complaint.

31. Defendant denies the allegations in Paragraph 31 of Plaintiff's Original Complaint.

32. Defendant denies the allegations in Paragraph 32 of Plaintiff's Original Complaint.

33. Defendant denies the allegations in Paragraph 33 of Plaintiff's Original Complaint.

34. To the extent necessary to respond to Plaintiff incorporating prior paragraphs in Paragraph 34 of Plaintiff's Original Complaint, Defendant incorporates its responses set forth above.

35. Defendant denies the allegations in Paragraph 35 of Plaintiff's Original Complaint.

36. Defendant denies the allegations in Paragraph 36 of Plaintiff's Original Complaint.

37. Paragraph 37 of Plaintiff's Original Complaint is a jury demand which does not require a response from Defendant.

## II. AFFIRMATIVE DEFENSES

Without admission or concession that Defendant YM bears the burden of proof on any element, asserts the following defenses:

38. **Plaintiff's Comparative Fault.** Plaintiff's claims are barred, in whole or in part, because Plaintiff's own acts or omissions constituted negligence and were the sole cause and/or a proximate cause of the occurrence in question and Plaintiffs' injuries and damages, if any.

39. **Failure to Mitigate Damages.** Defendant affirmatively alleges that Plaintiff failed to mitigate its damages.

40. Defendant pleads that Plaintiff's damages should be reduced due to betterment.

41. For further answer, if same be necessary, Defendant alleges that Plaintiff's alleged damages were, in whole or in part, the result of an Act of God.

42. For further answer, if same be necessary, Defendant alleges that Plaintiff's alleged damages were, in whole or in part, the result of the negligence or failure to repair of third parties over whom Defendant had no control.

43. Defendant reserves the right to amend its answer and affirmative defenses as

discovery progresses.

44. Defendant hereby demands a jury trial.

### III. PRAYER

WHEREFORE, Defendant YM, prays that this Court render a take-nothing judgment in favor of YM and against Plaintiff BATH & BODY, assess costs against Plaintiff, and award YM all other relief to which it may be justly entitled.

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

*/s/ Matthew Witherel*

**MATTHEW WITHEREL**
SBN. 24081385
4950 Bissonnet
Houston, Texas 77041
(713) 432-9090
(713) 668-6417 Facsimile
eservice@lanzalawfirm.com
mwitherel@lanzalawfirm.com

**ATTORNEY-IN-CHARGE FOR
YM, INC., d/b/a CHARLOTTE RUSSE**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this document was served via the Court's ECF system on February 27, 2026 to all counsel of record.

 

**MATTHEW WITHEREL**

.